## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MCAFEE, LLC,<br><br>    Defendant. | Civil Action No. 2:23-cv-00431-JRG-RSP |

### ORDER ON

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Before the Court is the Unopposed Motion for Extension of Time to Serve Infringement and Invalidity Contentions filed by Plaintiff DataCloud Technologies, LLC ("Plaintiff"). Dkt. No. ___ (the "Motion"). After considering the filing and noting that it is unopposed, the Motion is **GRANTED**,

It is:

- **ORDERED** that the deadline for Plaintiff to serve its infringement contentions pursuant to P.R. 3-1 & 3-2 is extended to December 20, 2023;

- **ORDERED** that the deadline for Defendant McAfee, LLC to serve its invalidity contentions pursuant to P.R. 3-3 & 3-4 is extended to February 15, 2024.